**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00418-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS ALMAUGER-MALTOS
a/k/a Jesus Maltos-Amagera,

    Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

    This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **November 2, 2009** and responses to these motions shall be filed by **November 13, 2009**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **December 4, 2009, at 4:00 p.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

    FURTHER ORDERED that a three-day jury trial is set for **December 14, 2009**, at **9:00 a.m.** in Courtroom A602.

    DATED: October 16, 2009.

                                                   BY THE COURT:

                                                   _____
                                                   CHRISTINE M. ARGUELLO
                                                   United States District Judge