IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00418-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS ALMAUGER-MALTOS
a/k/a Jesus Maltos-Amagera,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND
ORDER TO CALL TO SET CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 12) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for December 4, 2009 and the three-day jury trial set to commence on December 14, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than December 7, 2009 to set this matter for a Change of Plea Hearing.

    DATED:  December  3 , 2009

                                        BY THE COURT:

                                        */s/ Christine M. Arguello*
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge