IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00418-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS ALMAUGER-MALTOS
a/k/a Jesus Maltos-Amagera,

    Defendant.

---

## ORDER TO RESET SENTENCING

---

Pursuant to a Memorandum from the Probation Department, dated March 1, 2010, and a telephone conference between the Probation Officer and Chambers staff, the sentencing for Defendant Jesus Almauger-Maltos currently set for April 2, 2010 is RESET to **April 26, 2010 at 10:30 a.m.**

    DATED: March  02 , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge